UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:   CV-14-4426-R                                    DATE: September 17, 2014

TITLE:       ALEXANDRA SOLSO -V.- MAXIM HEALTHCARE SERVICES, INC.
===================================================================
PRESENT:  <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

    <u>Christine Chung</u>                                          <u>   N/A   </u>
    Deputy Clerk                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

    Not present                                                   Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   .
    Defendant Maxim Healthcare Service Inc. filed a Rule 26(f) Report on July 23, 2014, informing the Court that counsel for defendants have attempted to schedule an early meeting with plaintiff's counsel, but that plaintiff's counsel failed to respond appropriately.  As ordered in this Court's Order Re: Notice to Counsel, it is the duty of Plaintiff's counsel to schedule the parties' early meeting pursuant to Federal Rule 26(f), for the purpose of making initial disclosure.

    As of this date, plaintiffs have failed to file a separate Rule 26(f) report, or notice the Court of plaintiff's compliance to this Court's Order.  Therefore, plaintiff is ordered to show cause in writing by not later than **September 25, 2014**  why this action should not be dismissed for lack of prosecution, for failure of plaintiff's counsel to comply with this Court's Order Re: Notice to Counsel

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order <u>will </u>result in the dismissal of the action.

    IT IS SO ORDERED.


**MINUTES FORM II**                                                             Initials of Deputy Clerk __CCH__
**CIVIL - GEN**